IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DIANE MILLER**                                                    **PLAINTIFF**

v.                      No. 4:14-cv-100-DPM

**HARTFORD LIFE & ACCIDENT INSURANCE
COMPANY, a/k/a Hartford**                            **DEFENDANT**

### ORDER

The Court notes the parties' joint motion to dismiss based on settlement, № 12. Stay lifted. Joint report on how the competency issues, № 10, were resolved due by 21 July 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 July 2014