# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **DIANE MILLER** | **PLAINTIFF** |
| v. | No. 4:14-cv-100-DPM |
| **HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, a/k/a Hartford** | **DEFENDANT** |

## JUDGMENT

The complaint is dismissed with prejudice based on the parties' settlement.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2014